**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **SERENA BUSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:22-cv-454-AWA-RJK** |
| | ) | |
| **NANSEMOND-SUFFOLK ACADEMY** | ) | |
| **ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Serena Bush, and defendant, The Nansemond-Suffolk Academy Association,

Incorporated, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit this Stipulation of

Dismissal of Bush's Complaint, dismissing this action <u>with prejudice</u>.

**Dated:** October 18, 2023

_____/s/ Neil S. Talegaonkar_____
Robert J. Barry (VSB No. 17864)
Neil S. Talegaonkar (VSB No. 44589)
Catrina C. Waltz (VSB No. 98446)
Kaufman & Canoles, P.C.
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (888) 360-9092
rjbarry@kaufcan.com
nstalegaonkar@kaufcan.com
ccwaltz@kaufcan.com
_Counsel for The Nansemond-Suffolk Academy_
_Association, Inc._

_____/s/ Charles Tucker, Jr._____
Charles Tucker, Jr. (Admitted Pro Hac Vice)
The Cochran Firm – Hyattsville
8181 Professional Place Suite 207
Hyattsville, MD 20785
charles@tuckerlawgroupllp.com

Alexander L. Taylor (VSB No. 29292)
Alex Taylor Law, PC
1622 West Main Street
Richmond, VA 23220
alextaylor@alextaylorlaw.com
*Counsel for Serena Bush*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will automatically email notification of such filing

to all counsel of record who have made a formal appearance.

Alexander L. Taylor, Esquire
ALEX TAYLOR LAW, PC
1622 West Main Street
Richmond, VA 23220
alextaylor@alextaylorlaw.com

Charles Tucker, Jr. (Admitted Pro Hac Vice)
The Cochran Firm – Hyattsville
8181 Professional Place Suite 207
Hyattsville, MD 20785
charles@tuckerlawgroupllp.com

       /s/ Neil S. Talegaonkar
Robert J. Barry (VSB No. 17864)
Neil S. Talegaonkar (VSB No. 44589)
Catrina C. Waltz (VSB No. 98446)
Kaufman & Canoles, P.C.
1021 East Cary Street, Suite 1400
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (888) 360-9092
rjbarry@kaufcan.com
nstalegaonkar@kaufcan.com
ccwaltz@kaufcan.com
*Counsel for The Nansemond-Suffolk Academy Association, Inc.*

2